UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JERMAINE GOMES,**

       **Plaintiff,**

v.                                                                  Case No.  6:22-cv-698-CEM-DAB

**JOHN DOE and JANE DOE,**

       **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* ("Motion," Doc. 3). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 10), recommending that the Motion be denied and the Complaint (Doc. 1) be dismissed. The Court agrees with the R&R's substantive analysis in recommending that the Court find that it lacks subject matter jurisdiction over the cause of action alleged in the Complaint. (Doc. 10 at 4–6). The Court will thus dismiss the Complaint for lack of subject matter jurisdiction and Plaintiff may not bring the claim that is alleged in the Complaint before the Court again.

However, in recognition of Plaintiff's pro se status, the Court will provide Plaintiff the opportunity to file an Amended Complaint in the event Plaintiff wishes

to allege any new and related causes of action. *Ross v. Apple, Inc.*, 741 F. App'x 733, 736 (11th Cir. 2018) ("Generally, a district court must *sua sponte* provide a pro se plaintiff at least one opportunity to amend his complaint, even where the plaintiff did not request leave to amend." (citing *Silva v. Bieluch*, 351 F.3d 1045, 1048–49 (11th Cir. 2003))). Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 10) is **ADOPTED** as amended herein and made a part of this Order.
2. The Motion to Proceed *in Forma Pauperis* (Doc. 3) is **DENIED**.
3. The Complaint (Doc. 1) is **DISMISSED for lack of subject matter jurisdiction**.
4. **On or before July 22, 2022**, Plaintiff may file an Amended Complaint and renewed Motion to Proceed *in Forma Pauperis*. Failure to do so may result in dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on July 6, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party